1467-14 FILE COPY

# ELECTRONIC RECORD

COA #   11-12-00114-CR          OFFENSE:   19.02

STYLE:  **Stephen Craig Whitworth v. The State of Texas**          COUNTY:   Midland

COA DISPOSITION:   AFFIRMED IN PART & REVERSED & REMANDED IN PART          TRIAL COURT:   441st District Court

DATE: 5/30/14          Publish: NO          TC CASE #:   CR38839

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  **Stephen Craig Whitworth v. The State of Texas**          CCA #:   **PD-1467-14**

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _____02/11/2015_____

JUDGE: _____Per Curiam_____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

----------------------------

_____State's_____ **PETITION**

**FOR DISCRETIONARY REVIEW**

IS _____REFUSED_____

DATE _____02/11/2015_____

_____Per Curiam_____
**JUDGE**

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**